UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Mag. No. 1-09-MJ-266 |
| ) | JUDGE CARTER |
| SHAUN MARTIN ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on July 9, 2009, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Complaint and Warrant out of the Southern District of Indiana. Those present for the hearing included:

(1) AUSA Jay Woods for the USA.
(2) The defendant, Shaun Martin.
(3) Attorney Mary Ellen Coleman for defendant.
(4) Courtroom Deputy Kelli Jones.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

Atty. Mary Ellen Coleman of Federal Defender Services of Eastern Tennessee, Inc. was present as appointed counsel for defendant. It was ascertained defendant had been provided with a copy of the Complaint and had the opportunity of reviewing those documents with counsel. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Woods moved defendant be released on an OR bond pending an appearance before U.S. Magistrate Judge Kennard P. Foster in the Southern District of Indiana.

Findings

(1) The defendant waived his Rule 5 identity hearing.

1

## Conclusions

It is **ORDERED**:

(1) The defendant shall be **RELEASED ON AN OWN RECOGNIZANCE (OR) BOND** pending his appearance in the prosecuting district. Conditions of bond are set out in separate bond documents.

(2) The defendant shall report to the Southern District of Indiana for a preliminary hearing/detention hearing before U.S. Magistrate Judge Kennard P. Foster on **Wednesday, July 22, 2009, at 2:00 EDT at U.S. District Court, 46 E. Ohio Street, Courtroom 243, Indianapolis, Indiana 46204.**

ENTER.

Dated: July 14, 2009              *s/William B. Mitchell Carter*
                                  UNITED STATES MAGISTRATE JUDGE